JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VAAGN ZAKHARYAN, | CASE NO.: CV11-10572-GW (VBKx) |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |
| MAIN STREET ACQUISITIONS and EQUABLE ASCENT FINANCIAL, LLC, | The Honorable George H. Wu |
| Defendants. | |

1
2       Pursuant to the parties' Stipulation and Joint Request for Dismissal, this action
3 is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal
4 Rules of Civil Procedure.  The Court shall reserve jurisdiction of the above-captioned
5 proceeding in order to enforce the terms of the settlement agreement entered into by
6 the parties in this action.
7 IT IS SO ORDERED.
8
9 DATED: September 9, 2012      By: _____
10                                        Hon. George H. Wu
                                       United States District Judge